**Appeal Dismissed and Memorandum Opinion filed April 14, 2020**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00180-CV

## ROBERT WILLIAMS, Appellant

### V.

## PROPERTY FRAMEWORKS AS AGENT FOR RAFAEL ALICEA, Appellee

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1147730**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 28, 2020. No post-judgment motion was filed. The notice of appeal was due February 27, 2020. *See* TEX. R. APP. P. 26.1. Appellant, however, filed his notice of appeal on March 2, 2020, a date within 15 days of the due date for the notice of appeal. *See Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal.

On March 19, 2020, we ordered appellant to file a proper motion to extend time to file the notice of appeal on or before March 30, 2020. *See* TEX. R. APP. P. 26.3;10.5(b). Appellant did not file a motion. The appeal is dismissed. *See* TEX. R. APP. P. 42.3.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.